IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CHRISTOPHER SHIPMAN,<br><br>    Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner, Social Security Administration,[1]<br><br>    Defendant. | Case No. CIV-11-344-RAW-SPS |

### ORDER REMANDING CASE FOR FURTHER PROCEEDINGS

On March 13, 2013, United States Magistrate Judge Shreder entered a Report and Recommendation, recommending that the above-styled case be reversed and remanded for further proceedings.  No objection has been filed.

IT IS THEREFORE ORDERED that the decision of the Administrative Law Judge is hereby **REVERSED** and this case is hereby **REMANDED** pursuant to the fourth sentence of 42 U.S.C. §405(g) for further administrative proceedings.

IT IS SO ORDERED this 28th day of March, 2013.

**Dated this 28th day of March, 2013.**

Ronald A. White
United States District Judge
Eastern District of Oklahoma

---

[1] On February 14, 2013, Carolyn W. Colvin became the Acting Commissioner of Social Security.  In accordance with Fed. R. Civ. P. 25(d), Ms. Colvin is substituted for Michael J. Astrue as the Defendant in this action.